IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PEGGY WOOLLEY                                                    PLAINTIFF

V.                                        CIVIL ACTION NO. 1:25-cv-00144-TBM-BWR

BILOXI PUBLIC SCHOOL DISTRICT                                   DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Clayton S. Welch, of the law firm of Carr Allision, and hereby enters his appearance as counsel for Biloxi Public School District.

RESPECTFULLY SUBMITTED, this the 9th day of January, 2026.

**BILOXI PUBLIC SCHOOL DISTRICT, DEFENDANT**

BY:    CARR ALLISON, its Counsel

BY:    *s/Clayton S. Welch*
       CLAYTON S. WELCH – MS BAR #105410
       Email: cwelch@carrallison.com
       EDWARD C. TAYLOR – MS BAR #9043
       etaylor@carrallison.com
       KATIE R. VAN CAMP – MS BAR #104834
       kvancamp@carrallison.com
       **CARR ALLISON**
       1319 26th Avenue
       Gulfport, MS 39501
       Telephone: (228) 864-1060
       Facsimile: (228) 864-9160

#7928374.1