IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSIISSIPPI
SOUTHERN DIVISION

PEGGY WOOLLEY                                                                                           PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:25-cv-00144-TBM-BWR

BILOXI PUBLIC SCHOOL DISTRICT                                                         DEFENDANT

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on January 21, 2026, commencing at 10:00 a.m., the Defendant, Biloxi Public School District, will take the deposition of Peggy Woolley at the offices of Carr Allison, 1319 26th Avenue, Gulfport, MS 39501; (601) 864-1060, said oral examination to be recorded stenographically by a court reporter duly authorized to administer oaths. Said examination will continue from day to day until completed.

This deposition is being taken pursuant to Rule 30 of the Federal Rules of Civil Procedure for any and all purposes. You are invited to attend and cross-examine.

RESPECTFULLY SUBMITTED, this, the 9th day of January, 2026.

**BILOXI PUBLIC SCHOOL DISTRICT, DEFENDANT**

BY:    CARR ALLISON, its Counsel

CLAYTON S. WELCH- MS BAR #105410
cwelch@carrallison.com
KATIE R. VAN CAMP – MS BAR #104834
kvancamp@carrallison.com
EDWARD C. TAYLOR – MS BAR #9043
etaylor@carrallison.com
**CARR ALLISON**
1319 26th Avenue
Gulfport, MS 39501
Telephone: (228) 864-1060
Facsimile: (228) 864-9160

#7928430.1